UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN TOAPANTA SALAZAR,
Petitioner,

-against-

LADEON FRANCIS, et al.,
Respondents.

Case No. 1:26-cv-07160 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This Court, having been assigned this matter and reviewed the documents filed by Petitioner, hereby orders as follows:

- Judge Rakoff's August 21, 2026 order, *see* Dkt. 6, shall remain in effect in its entirety unless and until this Court orders otherwise, with the exception that the hearing in this matter shall be held before this Court on **August 28, 2026**, at **4:00 p.m.**
- In addition to the information specified in Judge Rakoff's order, Respondents shall include in their return, due **August 26, 2026**, the following information:
  - whether Petitioner was, as the Petition alleges, *see* Dkt. 1, ¶ 19, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);
  - Petitioner's current place of detention and a contact person who can facilitate counsel's access to Petitioner;

- if Petitioner was located in the Southern District of New York at the time that the Petition was filed, but he was subsequently transferred to a location outside the Southern District of New York, then (1) the precise time and date on which Petitioner was transferred to that location, (2) whether Respondents have provided notice of the transfer to Petitioner's counsel within 12 hours of that transfer, as Judge Rakoff's order required, *see* Dkt. 6 at 4, and if not, then why not, (3) who authorized that transfer and what steps, if any, were taken to provide Judge Rakoff's order to that person (or people), and (4) any reason that this Court should not order Petitioner's immediate transfer back to the Southern District of New York for the pendency of this habeas proceeding.

Dated: August 24, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge