UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN TOAPANTA SALAZAR,
Petitioner,

-against-

LADEON FRANCIS, et al.,
Respondent.

Case No. 1:26-cv-07160 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

In light of Respondents' August 26, 2026 filings, the Court hereby modifies the briefing and hearing schedule in this matter as follows: Petitioner's reply to Respondents' opposition is due by **August 28, 2026**. The hearing in this matter shall be held **September 1, 2026**, at **3:00 p.m.** Per Petitioner's request, *see* Dkt. 13, the hearing will be held remotely via Microsoft Teams. Credentials for the hearing will be emailed to counsel at their email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 725 653 052#.

Dated: August 27, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge