**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JUAN TEOPANTA SALAZAR,

Petitioner,

-against-

LADEON FRANCIS, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 7160 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2026, Teopanta's petition for a writ of habeas corpus is GRANTED. Respondents are hereby ordered to transport Teopanta back to the Southern District of New York by September 2, 2026, and then immediately release him.

**DATED:** New York, New York

September 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**